UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney McBride & Trulisa McBride,<br><br>Plaintiff,<br><br>v.<br><br>Delaware Solutions, LLC,<br><br>Defendant. | Case No. 2:15-cv-1222 MCE KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Defendant Delaware Solutions, LLC.

Plaintiff Rodney McBride is awarded $5,000.00 in actual damages and $2,000.00 in statutory damages, for a total monetary damages award of $7,000.00.

Plaintiff Trulisa McBride is awarded $5,000.00 in actual damages and $2,000.00 in statutory damages, for a total monetary damages award of $7,000.00.

Plaintiffs are awarded attorneys' fees in the amount of $2,490.00 and costs in the amount of $739.90.

October 5, 2015                                                                 MARIANNE MATHERLY, CLERK

By: /s/ R. Becknal
Deputy Clerk